Sabel, Appellant, vs. Sabel and others, Respondents.

For the appellant: *Gooding & Gooding* of Fond du Lac.
For the respondents: *Fox & Fox* of Chilton.
*By the Court.*—Judgment affirmed.

*December 4, 1934.*

Fullington, Respondent, vs. Dickson and another, Appellants: Stewart and another, Defendants.

For the appellants: *Quarles, Spence & Quarles,* attorneys, and *Arthur Wickham* of counsel, all of Milwaukee.

For the respondent: *Dunbar & Dubail* of St. Louis, Missouri, attorneys, and *John P. McGalloway* of Fond du Lac of counsel.

For the defendants Stewart and Globe Indemnity Company: *L. J. Fellenz* of Fond du Lac.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on February 5, 1935.

Zupan (John, Sr.), Appellant, vs. M. M. Schranz Roofing & Building Supply Company, Respondent.

For the appellant: *Brennan, Lucas & McDonough* of Milwaukee.
For the respondent: *Wallace Reiss* of Milwaukee.
*By the Court.*—Judgment affirmed.